IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMMIE MARTIN, Inmate #N-51443,  )
                                  )
        Plaintiff,                )
                                  )
vs.                               )   CIVIL NO. 11-cv-943-JPG
                                  )
C/O CHATMAN, et al.,              )
                                  )
        Defendants.               )

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court for case management. On October 19, 2011, Plaintiff was ordered to pay the $350.00 filing fee in this case or file a motion for leave to proceed *in forma pauperis* not later than November 10, 2011 (Doc. 1). This date has since passed and Plaintiff has not filed a motion for leave to proceed *in forma pauperis* or tendered the filing fee in full to this Court. As a result, **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. **Fed.R.Civ.P.** 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

DATED: November 29, 2011

                                          *s/J. Phil Gilbert*
                                          **United States District Judge**